IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILLIE ROY JENKINS, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 1:25-CV-00688 |
| § | |
| ERIC GUERRERO, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent.[1] § | |

### RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by inmate Willie Roy Jenkins. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Eric Guerrero ("the Director") and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

|  |  |
|---|---|
|  | TOMEE HEINING |
|  | Chief, Criminal Appeals Division |
|  |  |
|  | /s/ Gwendolyn Vindell |
|  | GWENDOLYN VINDELL |
| *Lead Counsel | Assistant Attorney General |
|  | State Bar No. 24088591 |
|  |  |
|  | P. O. Box 12548, Capitol Station |
|  | Austin, Texas 78711 |
|  | Telephone: (512) 936-1400 |
|  | Facsimile No. (512) 936-1280 |
|  | email: Gwendolyn.Vindell2@oag.texas.gov |
|  |  |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Tivon Schardl
Tivon_Schardl@fd.org
919 Congress Ave Ste 950
Austin, Texas 78701

/s/ Gwendolyn Vindell
GWENDOLYN VINDELL
Assistant Attorney General