UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

WILLIE ROY JENKINS,
   Petitioner,

              §
              §
V.             §  CAUSE NO. 1:25-CV-00688-RP
              §
ERIC GUERRERO, Director, Texas §
Department of Criminal Justice,  §
Correctional Institutions Division, §
   Respondent,

**MOTION TO WITHDRAW MOTION FOR RESCISSION OF PORTIONS OF THE ORDER ISSUED MAY 19, 2025**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

   Petitioner Willie Roy Jenkins respectfully moves to withdraw his Motion for Rescission of Portions of the Order Issued May 19, 2025. (Doc. 6). He intends to file a revised Motion for Rescission in the near future.

            Respectfully submitted.

            MAUREEN SCOTT FRANCO
            Federal Public Defender

            _____

            /s/ MAUREEN SCOTT FRANCO
            FEDERAL PUBLIC DEFENDER
            Western District of Texas
            Capital Habeas Unit
            919 Congress Ave., Suite 950
            Austin, Texas 78701
            (737) 207-3007
            (512) 499-1584 (Fax)
            Maureen_Franco@fd.org

            *Attorney for Willie Roy Jenkins*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2025, I electronically filed the foregoing Defendant's Motion to Withdraw Motion for Rescission of Portions of the Order Issued May 19, 2025, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record of this filing.

_____

/s/ Maureen Scott Franco

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

WILLIE ROY JENKINS,
            Petitioner,                          §
                                                 §
V.                                               §   CAUSE NO. 1:25-CV-00688-RP
                                                 §
ERIC GUERRERO, Director, Texas                   §
Department of Criminal Justice,                  §
Correctional Institutions Division,              §
            Respondent,

**ORDER**

On this date came on to be considered Defendant's Motion to Withdraw Motion for Rescission of Portions of the Order Issued May 19, 2025. The Court, after considering same, is of the opinion that said motion should be GRANTED.  Accordingly, it is

ORDERED that Defendant's Motion for Rescission of Portions of the Order Issued May 19, 2025 is withdrawn.

Signed this _____ day of _____, 2025.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE